UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22598-CIV-KING-GARBER

PEDRO DE JESUS,

    Plaintiff,

v.

PEKIN FLOWERS BY LIZCANO, INC.,
a Florida corporation, and JORGE LIZCANO,
an individual,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH LEAVE TO REFILE A NEW CASE

Plaintiff made little effort, after filing the above-styled case on October 2, 2007 until receiving the Court's Order of Potential Dismissal (D.E. #3) dated January 30, 2008 to process this case. The docket sheet reflects that Defendant was served (D.E. #5) shortly after the Complaint was filed but the Return of Summons Executed reflecting service upon Defendant had not been filed with the Clerk of Court and therefore did not appear in the record.

Apparently the Return of Executed Summons, dated January 31, 2008 (D.E. #5) reflected that the Defendant had been served on October 3, 2007 with an Answer due on October 23, 2007. This would indicate the matter had been in a defaulted situation for over three months with nothing having been done by Plaintiff to bring the matter on for entry of default judgment or to progress the case.

Attempting to resolve the problems incident to a case simply languishing on the docket, the Court, on March 17, 2008 ordered the parties to appear before it in a Status Conference on March 20, 2008 at 9:00 a.m. At the appointed time and place, the court reporter appeared. The courtroom deputy appeared. The court marshals were present and the judge was available to consider the Status Conference at the appointed 9:00 a.m. time. Neither Plaintiff nor Defendant appeared and attempts to reach Plaintiff's counsel at his office were unsuccessful. Later in the day, Plaintiff's counsel called to say that "the matter had not gotten docketed." Upon consideration of the foregoing matters, it is therefore,

ORDERED, ADJUDGED and DECREED that the above-styled case be, and the same is hereby DISMISSED WITHOUT PREJUDICE for the Plaintiff to refile the case, pay a new filing fee, get a new case assignment number from the Clerk of Court and a new assignment of a presiding judge, when the Plaintiff is prepared to proceed with the case. If that be the Plaintiff's decision, the new case filing must occur within ten (10) days or the matter will be dismissed with prejudice.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 25th day of March, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***
Gary A. Costales, Esq.
Gary A. Costales, P.A.
1401 Brickell Avenue
Suite 825
Miami, FL 33131

***Defendants:***
Pekin Flowers by Lizcano, Inc.
Luis G. Brito
407 Lincoln Road
Suite 500
Miami Beach, FL 33139

Jorge Lizcano
3019 N.W. 7th Street
Miami, FL 33125